ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO EMPLOYEES, et al.<br><br>          Plaintiffs,<br>     vs.<br><br>H. YOUNG ENTERPRISES, INC., a corporation, and HOWARD YOUNG individually and doing business as JUST DESSERTS<br><br>          Defendants. | NO. C 08 2619 EMC<br><br>MOTION FOR ENTRY OF DEFAULT |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendants, H. YOUNG ENTERPRISES, INC., a corporation and HOWARD YOUNG individually and doing business as JUST DESSERTS or failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: July 28, 2008                                             ERSKINE & TULLEY


                                                            By:    /s/ Michael J. Carroll
                                                                   MICHAEL J. CARROLL
                                                                   Attorney for Plaintiffs

**MOTION FOR ENTRY OF DEFAULT**                         1