ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.** ) ) ) ) **Plaintiffs,** ) vs. ) ) **H. YOUNG ENTERPRISES, INC., a corporation, and HOWARD YOUNG individually and doing business as JUST DESSERTS** ) ) ) ) ) **Defendants.** ) ) | NO. C 08 2619 EMC **PROPOSED NOTICE OF ENTRY OF DEFAULT** |

IT IS HEREBY NOTICED that the default of defendant, H. YOUNG ENTERPRISES, INC., a corporation, and HOWARD YOUNG individually and doing business as JUST DESSERTS, has been entered by the Clerk of the Court on _____.

Date:_____                    Richard W. Wieking, Clerk


By: _____
    Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                    1