```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
BOARD OF TRUSTEES OF THE SAN MATEO )
HOTEL EMPLOYEES, et al.            )   NO. C 08 2619 EMC
                                   )
              Plaintiffs,          )
       vs.                         )   CONSENT TO
                                   )   JURISDICTION BY A
                                   )   UNITED STATES
H. YOUNG ENTERPRISES, INC., a      )   MAGISTRATE JUDGE
corporation, and HOWARD YOUNG      )
individually and doing business    )
as JUST DESSERTS                   )
              Defendant.           )
_____)
```

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: 8/14/08

```
                          ERSKINE & TULLEY
                          A PROFESSIONAL CORPORATION

                          By:/s/Michael J. Carroll
                             Michael J. Carroll
                             Attorney for Plaintiffs
```

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

1