UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>H. YOUNG ENTERPRISES, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C08-2619 EMC<br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the CASE MANAGEMENT CONFERENCE set for August 27, 2008 at 1:30 p.m. **is reset** for **November 19, 2008 at 1:30 p.m.** before **Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. A Joint Case Management Conference Statement shall be filed by November 12, 2008.

Dated: August 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
　　Betty Fong
　　Courtroom Deputy