ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO EMPLOYEES, et al.<br><br>    Plaintiffs,<br>vs.<br><br>H. YOUNG ENTERPRISES, INC., a corporation, and HOWARD YOUNG individually and doing business as JUST DESSERTS<br><br>    Defendants. | NO. C 08 2619 EMC<br><br>**AMENDED MOTION FOR ENTRY OF DEFAULT** |

To the Clerk of the United States District Court for the Northern District of California:

You will please enter the default of defendants, HOWARD YOUNG individually and doing business as JUST DESSERTS for failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

Dated: August 27, 2008                         ERSKINE & TULLEY


                                By:    /s/ Michael J. Carroll
                                       MICHAEL J. CARROLL
                                       Attorney for Plaintiffs

**AMENDED MOTION FOR ENTRY OF DEFAULT**                         1