ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.**<br><br>　　　　　**Plaintiffs,**<br>vs.<br><br>**H. YOUNG ENTERPRISES, INC., a corporation, and HOWARD YOUNG individually and doing business as JUST DESSERTS**<br><br>　　　　　**Defendants.** | NO. C 08 2619 EMC<br><br>**AMENDED PROPOSED NOTICE OF ENTRY OF DEFAULT** |

　　　　　IT IS HEREBY NOTICED that the default of defendant, HOWARD YOUNG individually and doing business as JUST DESSERTS, has been entered by the Clerk of the Court on _____.

Date:_____              Richard W. Wieking, Clerk


                                   By: _____
                                         Deputy Clerk

**AMENDED NOTICE OF ENTRY OF DEFAULT**　　　　　1