**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 29, 2008

RE:  CV 08-02619 EMC      BOARD OF TRUSTEES-v- H. YOUNG ENTERPRISES

Default is entered as to Howard Young individually and dba Just Desserts on 8/29/08.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To Magistrate Judge Edward M. Chen

NDC TR-4  Rev. 3/89