```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>H. YOUNG ENTERPRISES, et al.,<br><br>    Defendants. | NO.  C 08 2619 EMC<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

   IT IS ORDERED that the Case Management Conference in this case set for November 19, 2008 be continued to January 28, 2009 at 1:30 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  Plaintiffs will file a Motion for Default Judgment no later than December 12, 2008.

Dated:___November 14, 2008_

                                    _____
                                    Magistrate Judge Edward M. Chen

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE