```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al.<br><br>Plaintiffs,<br><br>H. YOUNG ENTERPRISES, INC., et al.<br><br>Defendant. | NO. C 08 2619 EMC<br><br>PLAINTIFF'S CASE MANAGEMENT STATEMENT<br>Date: May 13, 2009<br>Time: 1:30 p.m.<br><br>ORDER RESETTING CMC |

Plaintiffs report the status of this case as follows:

1. Pursuant to the Court's Order dated April 13, 2009, a First Amended Complaint was filed on April 21, 2009.

2. Service has not yet been accomplished upon the only party in this case.

3. Defendant's Deposition is set for May 13, 2009 at 10:00 a.m.

```
                              Respectfully submitted,

Dated: May 4, 2009            ERSKINE & TULLEY
                              A PROFESSIONAL CORPORATION


                              By:/s/Michael J. Carroll
                                    Michael J. Carroll
                                    Attorneys for Plaintiffs
```

PLAINTIFF'S CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE     1

1  PROOF OF SERVICE BY MAIL

2  I am a citizen of the United States and employed in the City and
3  County of San Francisco, California.  I am over the age of eighteen
4  years and not a party to the within above entitled action; my business
5  address is 220 Montgomery Street, Suite 303, San Francisco, California
6  94104.  On May 4, 2009 I served the within PLAINTIFF'S CASE MANAGEMENT
7  STATEMENT on the defendant in said action, by placing a true copy
8  thereof enclosed in a sealed envelope with postage thereon fully
9  prepaid, in the United States post office mail box at San Francisco,
10 California, addressed as follows:

11 Howard Young
   Just Desserts
12 233 Sansome Street, Suite 1000
   San Francisco, CA 94104
13
14 I, SHARON EASTMAN, certify (or declare), under penalty of perjury that
15 the foregoing is true and correct.
16 Executed on May 4, 2009 at San Francisco, California.

17
18                                      /s/Sharon Eastman
                                        Sharon Eastman
19
20                                ORDER

21 IT IS HEREBY ORDERED that the case management conference is reset from 5/13/09 to 6/17/09
22 at 1:30 p.m.  A joint case management conference statement shall be filed by 6/10/09.  Plaintiffs
   are ordered to serve a copy of this order upon defendant(s).
23
24 _____
25 Edward M. Chen
   U.S. Magistrate Judge
26
27
28



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen