```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al., <br><br> Plaintiffs, <br> vs. <br><br> H. YOUNG ENTERPRISES, INC., a corporation, doing business as JUST DESSERTS <br><br> Defendant. | NO. C 08 2619 EMC <br><br> **JUDGMENT PURSUANT TO STIPULATION** |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND; and PENSION FUND; SHERRI CHIESA, and defendant, H. YOUNG ENTERPRISES, INC., a corporation, doing business as JUST DESSERTS, have and entered into a stipulation which provides for judgment against Defendant in the amount of $145,750.29,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND; and PENSION FUND; SHERRI CHIESA, have and recover judgment against

defendant, H. YOUNG ENTERPRISES, INC., a corporation, doing business as JUST DESSERTS, in the amount of $145,750.29, which is composed of the following:

    a. Contribution balances due and unpaid to Plaintiff Trust Funds for the period May 1, 2008 through March 31, 2009 in the amount of $121,166.91;

    b. Liquidated damages due and unpaid to the Plaintiff Trust Funds for the same period in the amount of $24,233.38;

    c. Interest due pursuant to contract in an amount to be computed after all payments are made.

    d. Costs of suit incurred in this action in the amount of $350.00.

IT IS FURTHER ORDERED AND ADJUDGED that judgment shall not be entered, and an abstract of judgment will not be recorded so long as defendant fully complies with the following conditions:

    1. Defendant shall make payments of all ongoing amounts to become due to the BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND; and PENSION FUND; pursuant to the contract between defendant and UNITE HERE Local 2 for hours worked, commencing with payment for June 2009 and continuing until all payments due under paragraph 2 have been made. Each of said payments will be made by check payable to SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES TRUST and sent to the Union Bank, P.O. Box no later than the 7th day of the month after the month in which the hours were worked.

    2. Defendant shall pay the amount of the contributions in the amount of $121,166.91 in installment payments as follows:

```
July 21, 2009        $  19,021.88
August 11, 2009      $  11,659.43
August 18, 2009      $  11,560.00
```

```
         August 22, 2009      $   12,952.45
         September 22, 2009   $   13,204.62
         October 20, 2009     $   13,272.25
         November 17, 2009    $   13,250.00
         December 15, 2009    $   13,250.00
         December 22, 2009    $   12,996.28
         Total                $  121,166.91
```

Said installment payments will be made by check payable to the SAN MATEO HOTEL EMPLOYEES & RESTAURANT EMPLOYEES TRUST and sent to the collection attorney, ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, California 94104, Attention: Michael Carroll.

3. Once the above amount of $121,166.91 is paid in full, the Board of Trustees Fund will, exercising it's complete discretion, review defendant's eligibility for a reduction of the liquidated damages, interest, and costs owed as stated in paragraphs (b), (c),and (d) above. If defendant is not granted a complete waiver of the amounts due under paragraphs (b), (c), and (d), defendant shall make payment on the remaining balance of $24,583.38 plus interest.

4. Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

IT IS FURTHER ORDERED AND ADJUDGED that upon failure of the Defendant to make any of their monthly contribution payments pursuant to the collective bargaining agreement as set forth in paragraph 1 above, and the monthly installment payments in a timely manner as required pursuant to the terms of paragraphs 2 of this stipulation, entry of judgment and execution on the entire judgment in the amount of $145,750.29 reduced by any offsets for payments made, shall issue only after ten (10) days written notice to the Defendant that Plaintiffs or Plaintiffs' attorney declares a default and intends to

file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the entry of judgment or Plaintiffs' declaration.

Dated: June 25, 2009

_____
Honorable Edward M Chen

IT IS SO ORDERED
Judge Edward M. Chen